SIDNEY HARRIS, Respondent, v. W. & G. IMPROVEMENT COMPANY, INC., Appellant.— Order denying motion to dismiss complaint and for judgment on the pleadings reversed upon the law, without costs, and motion granted, with leave to plead over within ten days. The complaint does not state a cause of action. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

EDWARD HODDERSEN, Respondent, v. HENRY D. BOLTE, Appellant, Impleaded with L. H. WISTUBA, INC., and LEO H. WISTUBA, Defendants.— Order granting summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Probate of the Last Will and Testament of JAMES F. BARGER, Deceased. SAMUEL BARGER, Appellant; JAMES BARGER and Others, Respondents. — Decree of the Surrogate's Court of Putnam county denying probate to a certain paper dated September 13, 1916, propounded as the last will and testament of James F. Barger, deceased, reversed upon the law and the facts, with costs to appellant, payable out of the estate, and the will directed to be admitted to probate, with costs to appellant, payable out of the estate. The evidence establishes that the will was duly executed by the decedent in accordance with the statute. The question introduced into the case as to whether it was signed by the decedent without the assistance of the witness Curry, or signed with the assistance of the witness Curry, still leaves established the fact that by one or the other of these means the decedent executed the will. It is valid whichever of these physical means was availed of by the decedent, and the competent evidence overwhelmingly establishes that decedent executed the will with Curry's aid. (Civ. Prac. Act, § 457-a; *Matter of Case*, 214 N. Y. 199; *Matter of Goodhart*, 173 App. Div. 256.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of the Application of GALWAY REALTY CO., INC., for an Order of Mandamus, Appellant, against WALTER C. MARTIN, as Tenement House Commissioner, and Another, and ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, Respondents.— Order denying motion for peremptory mandamus order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with fifty dollars costs, to the extent of requiring the superintendent of the bureau of buildings to pass upon the plans submitted by appellant. The fact that the city of New York was about to acquire the property upon which the building in question was to be erected was no reason for the refusal of the superintendent to pass upon the plans legally submitted to him. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.